AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Parker James Frederick<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 20-mj-6425 / Valle<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 8, 2020** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Boeman Wong, SA FBI
_Printed name and title_

Sworn in my presence by telephone/FaceTime

Date: Sept. 9, 2020

_____
Judge's signature

City and state: Fort Lauderdale, Florida          Alicia O. Valle, U.S. MAGISTRATE JUDGE
_Printed name and title_

## AFFIDAVIT

I, Boeman Wong, being duly sworn, do depose and say:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2008. I am currently assigned to the Miami Field Office South Florida Violent Crimes Task Force, which targets individuals involved in violent crime. As part of my duties, I investigate violent crimes including bank robberies and Hobbs Act robberies.

2. This Affidavit is submitted in support of a criminal complaint charging defendant **PARKER JAMES FREDERICK ("FREDERICK")**, with Attempted Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials, and information obtained from bank personnel and other witnesses. I have not included in this Affidavit each and every fact known to me about this investigation. Rather, I have included only the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint against FREDERICK for the above described criminal violation.

### PROBABLE CAUSE

4. On or about September 8, 2020, at approximately 2:18 p.m., a white male, later identified as FREDERICK, entered the Bank of America, located at 1745 East Sunrise Boulevard,

Fort Lauderdale, Florida. Bank of America is insured by the Federal Deposit Insurance Corporation ("FDIC").

5. FREDERICK entered the bank, approached victim teller (Victim 1) and presented a note ("the note"). The note stated, "I have a gun and I want $5000 or I will shoot. Stay calm and cooperate and no one gets hurt. If you try to sound any alarms or try to signal for help I will shoot you. I have nothing to lose and I will die for this money if you try to cross me in any way I will shoot this whole place up. Do not fuck with me I am willing to die for this money if you give me what I want I will not harm you but if you do not cooperate or try to cross me or fight [illegible words] any type of way I will kill everyone in here I am willing to die for this so I have nothing to lose if I don't get what I want so you better cooperate."[1]

6. After Victim 1 read "stay calm," Victim 1 feared for the lives of her co-workers, and she immediately handed the note to her manager ("Victim 2") who worked nearby.[2]

7. Victim 2 read the note and he feared for her life if he did not comply with FREDERICK's demands.

8. Victim 1 claimed that she could not read the note, and in an effort to alert other bank employees, she handed the note to Victim 2. Victim 1 repeatedly muttered to Victim 2 to "push the alarm."

9. After handing the note to Victim 2, Victim 1 turned to another nearby teller (Victim 3), and offered Victim 3 a set of keys owned by the bank. Victim 1 repeatedly muttered to Victim 3 to "push the alarm."

---

[1] FREDERICK wrote his demands on the front and the back of the note.
[2] Victim 1 was not in fear for her own life.

10. Bank employees triggered the security alarm, and shortly thereafter, law enforcement arrived at the bank. When law enforcement entered the bank, the victims identified FREDERICK as the person who attempted to rob the bank, and law enforcement immediately detained FREDERICK inside the bank.

11. Law enforcement recovered the note that FREDERICK presented to Victim 1.

12. This attempted robbery was recorded on the bank's surveillance security cameras. Still photographs of the video surveillance clearly shows FREDERICK standing in front of the victim tellers' counter.[3]

13. Based on my training and experience, as further supported by the foregoing facts, I respectfully submit that probable cause exists to believe that on September 8, 2020, PARKER JAMES FREDERICK did knowingly, by means of intimidation, attempt to take from the persons and presence of employees of Bank of America, a federally insured bank, property and money, belonging to and in the care, custody, control, management, and possession of Bank of America, located at 1745 East Sunrise Boulevard, Fort Lauderdale, Florida, in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT BOEMAN WONG
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn by FaceTime/Telephone
this 9th day of September 2020.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

---

[3] FREDERICK has distinct tattoos on his face including one above his right eye that reads "954."

3